UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GEORGE R. BERRY,**

                **Plaintiff,**

-vs-                                          Case No. 6:05-cv-1290-Orl-28JGG

**STATE OF FLORIDA,**

                **Defendant.**

___

## ORDER

This case is before the Court on the State of Florida's Motion to Dismiss Amended Complaint (Doc. No. 23) filed March 17, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 5, 2006 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The State of Florida's Motion to Dismiss Amended Complaint (Doc. No. 23) is **GRANTED**. The federal claims are dismissed with prejudice and the state law claims are dismissed without prejudice. The Clerk of Court is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this _____ day of May, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party